ACCEPTED
12-15-00083-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/2/2015 12:19:35 PM
CATHY LUSK
CLERK

NO. 12-2565-A

| | | |
|---|---|---|
| BARROW-SHAVER RESOURCES COMPANY | § § § | IN THE DISTRICT COURT OF |
| v. | § | SMITH COUNTY, TEXAS |
| CARRIZO OIL & GAS, INC. | § § | 7TH JUDICIAL DISTRICT |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/2/2015 12:19:35 PM
CATHY S. LUSK
Clerk

## NOTICE OF APPEAL

Carrizo Oil & Gas, Inc., Defendant, in the above-referenced cause, gives this notice that it is appealing the Final Judgment, signed on January 5, 2015, and all prior and contemporaneous rulings that are merged into the Final Judgment, as well as the Court's Order Denying Carrizo Oil & Gas, Inc.'s Motion to Disregard Jury Findings, for Judgment Notwithstanding the Verdict, or Alternatively for New Trial, and Remittitur as to the Contract Damages and Order Denying Carrizo Oil & Gas, Inc.'s Motion to Modify, Correct or Reform the Judgment, both of which were signed on March 2, 2015. The appeal is taken to the Twelfth Court of Appeals at Tyler, Texas.

Respectfully submitted,

/s/ *Marcy Hogan Greer*
Marcy Hogan Greer
State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

John M. Zukowski
State Bar No. 22293400
jmz@zbsplaw.com
Pascal Paul Piazza
State Bar No. 15966850
ppp@zbsplaw.com
ZUKOWSKI, BRESENHAN, SINEX &
PETRY, L.L.P.
1177 West Loop South, Suite 1100
Houston, Texas 77027
Telephone: (713) 965-7597
Facsimile: (713) 963-9169

Charles H. Clark
State Bar No. 04274000
chc@charlesclarklaw.com
THE LAW OFFICES OF CHARLES H. CLARK
604 West Woldert Street
Tyler, Texas 75702
Telephone: (903) 593-2514
Facsimile: (903) 595-1294

**ATTORNEYS FOR CARRIZO OIL &
GAS, INC.**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that, on April 2, 2015, Defendant's Notice of Appeal was electronically filed with the Clerk of Court using the electronic filing system of the Court, and a true and correct copy of the foregoing was additionally served as follows:

**By U.S. Certified Mail No.**
**Return Receipt Requested and by Email:**
Otis Carroll
ocarrroll@icklaw.com
Collin M. Maloney
cmaloney@icklaw.com
Deborah Race
drace@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Ste. 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile:  (903) 581-1071

**By U.S. Certified Mail No.**
**Return Receipt Requested and by Email:**
R. Clay Hoblit
choblit@hfdlaw.com
HOBLIT FERGUSON DARLING L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78401
Telephone: (361) 888-9392
Facsimile:  (361) 888-9187

*Counsel for Plaintiff Barrow-Shaver*
*Resources Company*

/s/ Marcy Hogan Greer
Marcy Hogan Greer